UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEPHEN MICHAEL PACKOWSKI,<br>Defendant. | Criminal Case No. 08-cr-0179-IEG<br><br>**AMENDED CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that:

I, George Manahan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Government's Sentencing Summary Chart on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Robert R Henssler, Jr
   Federal Defenders of San Diego, Inc.
   225 Broadway
   Suite 900
   San Diego, CA 92101
   Email: Robert_Henssler@fd.org
   Attorney for Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2008.

s/ George V. Manahan
GEORGE V. MANAHAN